PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4808
      E-Mail: christopher.vieira@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANNA MARIE SWELEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:24-cv-00126-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 12) |

    IT IS STIPULATED by and between Plaintiff Anna Marie Sweley ("Plaintiff") and Defendant Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to reevaluate the medical opinions and prior administrative medical findings; reevaluate the claimant's RFC; and offer Plaintiff an opportunity for a new hearing. The parties further request that the Court direct the Clerk of the

STIPULATION TO REMAND; ORDER

Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  April 1, 2024            Respectfully submitted,

>                /s/ *Francesco P. Benavides**
>                (*as authorized via e-mail on Apr. 1, 2024)
>                FRANCESCO P. BENAVIDES
>                Attorney for Plaintiff
>
>                PHILLIP A. TALBERT
>                United States Attorney
>                MATHEW W. PILE
>                Associate General Counsel
>                Social Security Administration
>
>           By:  /s/ *Christopher Vieira*
>                CHRISTOPHER VIEIRA
>                Special Assistant United States Attorney
>                Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 12), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2024**                       /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE